No. 71–651. CALIFORNIA *v.* KRIVDA ET AL. Sup. Ct. Cal. [Certiorari granted, 405 U. S. 1039.] Motion to permit showing of motion picture during oral argument, to permit two counsel to argue orally, and for additional time for oral argument denied. Motion of National Legal Aid & Defender Assn. for leave to dispense with printing *amicus curiae* brief granted.

No. 71–685. LEHNHAUSEN, DIRECTOR, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS OF ILLINOIS *v.* LAKE SHORE AUTO PARTS CO. ET AL.; and

No. 71–691. BARRETT, COUNTY CLERK OF COOK COUNTY, ILLINOIS, ET AL. *v.* SHAPIRO ET AL. Sup. Ct. Ill. [Certiorari granted, 405 U. S. 1039.] Motion of American National Bank & Trust Co. of Chicago et al., as members of Corporate Fiduciaries Assn. of Illinois, for leave to file a brief as *amici curiae* granted. Motion of Proviso Township High School District #209 et al. for leave to file a brief as *amici curiae* granted, but motion to participate in oral argument as *amici curiae* denied. Motion of Charles Marshall, State's Attorney, County of DeKalb, Illinois, for leave to intervene in No. 71–685 denied.

No. 71–829. MOURNING *v.* FAMILY PUBLICATIONS SERVICE, INC. C. A. 5th Cir. [Certiorari granted, 405 U. S. 987.] Motion of National Consumer Law Center, Inc., for leave to dispense with printing *amicus curiae* brief granted. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of petitioner granted and 15 minutes allotted for that purpose. Respondent also allotted 15 additional minutes for oral argument.

No. 71–1182. MATTZ *v.* ARNETT, DIRECTOR, DEPARTMENT OF FISH AND GAME. Ct. App. Cal., 1st App. Dist. The Solicitor General is invited to file a brief in this case expressing the views of the United States.